# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

VS

RAYMOND SANTANA-AVILES

Cr. No.: 3:16CR00097-02(PG)

## MOTION NOTIFYING VIOLATION OF SUPERVISED RELEASE AND REQUESTING JUDICIAL WRITTEN REPRIMAND

**TO THE HONORABLE JUAN M. PEREZ-GIMENEZ,**
SENIOR UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW,** Sherley M. Aponte-Meléndez, United States Probation Officer of this Court, presenting an official report of Mr. Raymond Santana-Aviles, on October 27, 2016, was sentenced to nine (9) months of imprisonment, to be followed by a three (3) year supervised release term after he pled guilty of violating Title 18, United States Code, Section 922(k) and 924(a)(1)(B), to wit: Possession of a Firearm with an Obliterated Serial Number. As special conditions, he was ordered to provide drug testing and treatment, if needed; search and seizure; and 150 hours of community service. On June 23, 2017, Mr. Raymond Santana-Aviles was released from custody at which time his supervised release term commenced.

On November 21, 2017 and December 13, 2017, the supervisee yielded positive to the use of cocaine and opiates as confirmed by our National Laboratory. On December 14, 2017, during an office appointment, the offender was verbally reprimanded and he was

advised that he was in noncompliance with his conditions of supervised release. Including, not following the instructions of the Probation Officer as stated on his conditions.

At this date, Mr. Santana-Aviles has failed to contact the probation officer as instructed. On January 11, 2018, the supervisee once again was verbally and written reprimanded **for violation of his condition number three (3) and number seven (7)**. That states that he shall follow the instructions of the probation officer and refrain from the use of controlled substances. Mr. Santana-Aviles admitted the use of illegal controlled substances and agreed to remain drug free and to be in compliance with his conditions of release. Also, he was referred for Clinicas de Tratamiento Psicoterapeutico for substance abuse treatment. The supervisee contracted to maintain communication as required with his Probation Officer and to continue drug-free as stated on his conditions of release.

**WHEREFORE**, the undersigned respectfully prays that the Court take notice of the contents of this Motion and that a Judicial Written Reprimand be issued and that we may be allowed to implement our prevention plan.

In San Juan, Puerto Rico, this 17th day of January 2018.

RESPECTFULLY SUBMITTED,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER
**S/ Sherley M. Aponte-Meléndez**
Sherley M. Aponte-Meléndez
U.S. Probation Officer
Federal Office Building, Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5596
Fax 787-766-5945
E-mail: sherley_aponte@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 17, 2018, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, and notification of such filling will be sent to the parties involved in this case.

In San Juan, Puerto Rico, this 17th day of January 2018.

        RESPECTFULLY SUBMITTED

        EUSTAQUIO BABILONIA, CHIEF
        U.S. PROBATION OFFICER

**S/ Sherley M. Aponte-Meléndez**
Sherley M. Aponte-Meléndez
U.S. Probation Officer
Federal Office Building, Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5596
Fax 787-766-5945
E-mail: sherley_aponte@prp.uscourts.gov